UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| **JAMIE FOSTER,** | : | 18 U.S.C. § 922(g)(1) |
| | : | **(Unlawful Possession of a Firearm and** |
| Defendant. | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |

**INFORMATION**

Case: 1:20-cr-00093
Assigned To : Contreras, Rudolph
Assign. Date : 06/19/2020
Description: Information (A)

The United States Attorney charges that:

## COUNT ONE

On or about November 8, 2019, within the District of Columbia, **JAMIE FOSTER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2016-CF3-013622, did unlawfully and knowingly receive and possess a firearm, that is, a Keltech P11, .9mm semi-automatic handgun, and did unlawfully and knowingly receive and possess ammunition, that is, .9mm ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188

By: *Laura Crane*

LAURA CRANE
D.C. Bar No. 992454
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 252-7667
Laura.Crane@usdoj.gov